

# Fourth Court of Appeals
## San Antonio, Texas

August 30, 2019

No. 04-19-00413-CV

**IN THE INTEREST OF A.D.G., A CHILD,**

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2018PA00632
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

The State's brief is due on September 3, 2019. *See* TEX. R. APP. P. 38.6(b). Before the due date, the State filed a first motion for a thirty-day extension of time to file its brief.

The State's motion is GRANTED. The State's brief is due on October 3, 2019.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of August, 2019.

Keith E. Hottle,
Clerk of Court